WAITT OPERATING Co., INC., Appellant, v. WILLIAM с. McBRIDE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.; Finch and Martin, JJ., dissent.

FAY KAHAN, Appellant, v. LEO KAHAN, Respondent.— Order affirmed. There should not, however, be any further delay and the action should be brought to trial as speedily as possible. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

MARIE HOLDER, Respondent, v. SAMUEL HOLDER, Appellant.— Order modified by reducing amount directed to be paid for the support and maintenance of the plaintiff to the sum of seventeen dollars and fifty cents per week, and as so modified affirmed; without costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

D. M. W. CONTRACTING CORPORATION, Appellant, v. D'ANGELO FOUNDATION CORPORATION, Respondent. (Action No. 1.) D'ANGELO FOUNDATION CORPORATION, Respondent, v. THE CITY OF NEW YORK and Others, Defendants, Impleaded with D. M. W. CONTRACTING COMPANY, INC., Appellant. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of RUTH CAHN, Respondent, as Temporary Administratrix of the Estate of HARRY CAHN, Deceased, for Permission to Sell Securities Forming the Corpus of a Trust Fund Established by the Last Will and Testament of ABRAHAM WESTHEIMER, Deceased. MATTIE SALINGER, Administratrix c. t. a., Appellant.— Order affirmed, with ten dollars costs and disbursements to the respondent payable out of the fund. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

RUFUS M. OVERLANDER, Respondent, v. THE WESTERN UNION TELEGRAPH COMPANY, Appellant.— Order modified in accordance with stipulation agreed to on argument and dated March 20, 1931. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ETTORE SACCHI and FANNIE SACCHI, Respondents, v. SALVATORE D'ALESSANDRO and GIUSEPPINA D'ALESSANDRO, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

JOHN J. FELIN & Co., INC., Appellant, v. MAX ENGLANDER, INC., and ISAAC ENGLANDER, Defendants, Impleaded with MAX ENGLANDER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.